William E. Weber, Esq. (ww6745)
Attorneys for Plaintiff
21222D Clubside Drive
Boca Raton, Fl. 33434
Tel. No.: (561) 488-7348

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 31 2013 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

-----------------------------------------------------------x
NORMAN NICK, THE ASHLEY GROUP,
and THE MAST GROUP INC.,

                Plaintiff,

-against-

ROBERT W. BASS, ANTHONY GUARIGLIA
RONALD STELZER, DOLORES READE,
MICHAEL BLIZZARD a/k/a C. MICHAEL
BLIZZARD, OUR SAVIOR NEW AMERICAN
SCHOOL, OUR SAVIOR LUTHERAN CHURCH,
CORNERSTONE BAPTIST CHURCH, LOUISE
GUARIGLIA, CLAIRE PHILLIPS, KYLE BASS,
CHRISTOPHER PHILLIPS, ENVIROTECH
VENTURES INC., EURO CAPITAL CORP. and
JCL HOLDINGS, INC.

                Defendants.
-----------------------------------------------------------x

Case No.: 11-cv- 05630-JFB

CERTIFICATE OF
DEFAULT

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendants Michael Blizzard a/k/a C. Michael Blizzard and The Cornerstone Baptist Church have not filed an answer ot otherwise moved with respect to the complaint herein. The default of defendants Michael Blizzard a/k/a C. Michael Blizzard and The Cornerstone Baptist Church is hereby noted pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure.

Dated: C Islip New York
January 31, 2013.

                DOUGLAS C. PALMER, Clerk of Court
                BY: /s/ LAURA RIOS
                      DEPUTY CLERK
        By:_____
            Deputy Clerk