# LAW OFFICES OF WILLIAM E. WEBER
**21222D CLUBSIDE DRIVE, BOCA RATON, FL. 33434**
TELEPHONE : (561) 488 - 7348  Cell: (631) 805 – 4177

April 7, 2015

Honorable Federal Judge Joseph F. Bianco
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

Re:   Norman Nick, et al vs. Bass,
      Case No.: 2:11-cv-05630-JFB-ARL

Honorable Judge Bianco:

This letter is submitted in compliance with the Courts order dated March 31, 2015 directing plaintiff to submit a letter to the court no later than April 14, 2015, explaining why the entire lawsuit should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Based on the advice of counsel, and after several conferences concerning the merits of the action, particularly against defendants Our Savior New American School and Our Savior Lutheran Church (in New York) and the Cornerstone Baptist Church (in Georgia), the need to retain counsel in New Jersey to assist in investigation and discovery concerning defendants Euro Capital Corp., JCL Holdings, Inc., and Anthony Guariglia, and the need to retain counsel in Georgia to prosecute any default judgment obtained against Michael Blizzard and the Cornerstone Baptist Church, the plaintiff Norman Nick has agreed to withdraw his cause(s) of action against all defendants, and consenting to dismissal of the action pursuant to Rule 41 (b).

In addition to the above reasons consenting to dismissal, there is very little likelihood, if any, of recovering money against any of the defendants.

Hopefully, this letter fully responds to the Court's directive.

Page Two
Nick v. Bass

Respectfully submitted,

*William E. Weber*
William E. Weber, Esq.
Attorney for Plaintiffs.

cc:

Molod Spitz & DeSantis, P.C.
1430 Broadway, 21st Floor
New York, New York 10018
Att: Sean P. King, Esq.
Attorneys for Ronald Stelzer, Dolores
Reade.Our Savior New American
School, and Our Savior Lutheran Church.

Daniel Louis Grossman
11 Commerce Drive
Cranford, NJ 07016
Attorneys for Anthony Guariglia,
Euro Capital Corp. and JCL Holdings, Inc.

Norman Nick, plaintiff, being duly sworn, deposes and says:

Deponent has read this letter and consents to the entry of an Order pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure dismissing the action against all defendants.

*Norman Nick*
Norman Nick

Sworn to before me
this 6 day of April, 2015

*Sherrie Stalzer*
Notary Public

SHERRIE STALZER
Notary Public - State of Florida
My Comm. Expires Jul 9, 2017
Commission # FF 034745